### 2872.   GILPIN v. SMITH.

RUSSELL, J.  1. The evidence on the main point involved (that is, as to whether the defendant bought the property with actual notice) was in such conflict as to make the finding of the jury, approved by the trial judge, conclusive upon this court.

2. Although a paper is signed by mark, and is neither attested nor re- corded, it is admissible in evidence when its execution is directly proved by one who saw it signed.                *Judgment affirmed.*
DECIDED AUGUST 4, 1911.

Trover; from city court of Bainbridge—Judge Harrell. July 9, 1910.

*E. S. Longley,* for plaintiff in error.

*R. G Hartsfield,* contra.

---

### 2911.   FARMERS & MERCHANTS BANK v. PIRKLE *et al.*

RUSSELL, J.  1. An entry of default is not a final judgment, nor is a judgment granting or refusing to grant a motion to open a default.

2. The bill of exceptions is prematurely brought; but, owing to the facts presented, leave is granted that the bill of exceptions tendered as a final bill may operate as exceptions pendente lite.
*Writ of error dismissed, with direction.*
DECIDED AUGUST 4, 1911.

Motion to open default; from city court of Hall county—Judge Looper.   August 18, 1911.

*C. L. Harris, B. P. Gaillard Jr.,* for plaintiff.

*A. C. Wheeler,* for defendants.